UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 SEP 26  P 2:51

| | |
|---|---|
| DIRECTV, INC. | Case No.: 303CV937SRU |
| Plaintiff, | PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| vs. | |
| Michael Braun | |
| Defendant | |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, Michael Braun, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

9/24/03
Date

John M. McLaughlin (CT16988)
Mailing Address for
Requested Service of All Papers
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

Default entered pursuant to Rule 55(a) FRCP. Default Judgment to be filed within 30 days or dismissal will enter pursuant to Rule 41(b) FRCP.
KEVIN F. ROWE, Clerk
By _____

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 24 day of September, 2003, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Michael Braun
7-6 Countryside Lane
Unit 6
Middletown, CT  06457

_____
John M. McLaughlin, Esq.