UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     FILED

2004 FEB 26  P 3: 51

US

DIRECTV, INC.

v                                          3:03cv937 (SRU)

MICHAEL BRAUN

## DEFAULT JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on October 14, 2003, and

The plaintiff, DirecTV, Inc. filed on December 4, 2003 a motion for default judgment, a memorandum of law in support of motion for default judgment and affidavit pursuant to the provisions of the Rule 55(b)(1) of the Federal Rules of Civil Procedure. The court has reviewed all of the papers filed in conjunction with the motion and on February 10, 2004 entered a Ruling granting in part the Motion for Default Judgment.

Therefore, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the plaintiff against the defendant for statutory damages in the amount of $10,000, an award for attorney's fees in the amount of $729 and costs in the amount of $203.50 for a total of $10,932.50.

Dated at Bridgeport, Connecticut, this 26th day of February, 2004.

KEVIN F. ROWE, CLERK

By _____Alice Montz_____
Deputy Clerk

EOD _____